UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

FELICIA MOORE,

    Plaintiff,

v.

CNM VERNON, et al.,

    Defendants.

Case No. CV 07-4368-CJC (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the third amended complaint and all of the records and files herein. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendation attached hereto and orders that judgment be entered dismissing the complaint.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: May 8, 2008

Cormac J. Carney
United States District Judge