FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FELICIA MOORE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CNM VERNON, et al.,<br><br>　　　　Defendants. | Case No. CV 07-4368-CJC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that this action be dismissed as to all Defendants.

Dated: May 8, 2008

_____
Cormac J. Carney
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY